# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

| | |
|---|---|
| **RONALD BUCK,**  )<br>)<br>)<br>**Plaintiff,**  )<br>) | **CAUSE NO. 4:10-cv-4103** |
| vs.  )<br>) | |
| **UNITED STATES OF AMERICA, FEDERAL** )<br>**EMERGENCY MANAGEMENT AGENCY,**  )<br>**CITY OF HOPE, ARKANSAS,  and**  )<br>**CLEARBROOK, L.L.C.,**  )<br>)<br>) | |
| **Defendants.**  ) | |

## FINAL JUDGMENT

**CONTEMPORANEOUSLY HEREWITH** the Court has entered an Order Granting Plaintiff's Motion for Default Judgment Against Clearbrook, L.L.C. Consistent with the Order Granting Plaintiff's Motion for Default Judgment Against Clearbrook, L.L.C., the Court orders that Plaintiff recover as follows against Clearbrook, L.L.C.:

1. Compensatory damages in the amount of $258, 335.87;

2. Exemplary damages in the amount of $1,033,343.48; and

3. Plaintiff's costs and post-judgment interest as specified by 28 U.S.C. § 1961.

This is a Final Judgment.

**SIGNED** this 26th day of July, 2010.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge